[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 5, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13338

_____

D. C. Docket No. 06-00341-CV-J-33TEM

DEBRA TAYLOR JOHNSON,

Plaintiff-Appellant,

versus

STEIN MART, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 5, 2008)**

Before BIRCH, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Having carefully considered the record, the briefs of the parties, and having

heard oral argument, we **VACATE** and **REMAND** to allow the district court to

complete the record. The district court should be guided by our prior decision in

Snook v. Trust Co. Of Ga. Bank of Savannah, N.A., 859 F.2d 865 (11th Cir. 1988).

Appellant's Motion to Certify Question to Florida Supreme Court is therefore

**DENIED.**